■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGIY SIDIROPULO, Appellant. [722 NYS2d 913] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Leventhal, J.), rendered March 16, 1999, convicting him of assault in the second degree and criminal contempt in the first degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, resolution of issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the jury, which saw and heard the witnesses (*see, People v Gaimari,* 176 NY 84, 94). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record (*see, People v Garafolo,* 44 AD2d 86, 88). Upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions are either unpreserved for appellate review (*see,* CPL 470.05 [2]), without merit, or relate to errors that are harmless in light of the overwhelming evidence of guilt. Ritter, J. P., S. Miller, Goldstein and Feuerstein, JJ., concur.